MAY E. LUTZ, Respondent, v. MAX KRAHAM, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

JAMES E. NICHOLSON, Respondent, v. OTTO J. DE PARRIE, Appellant.— Order affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

NORTH AVENUE BANK OF NEW ROCHELLE, Respondent, v. ARTHUR H. CUSHMAN and MABEL F. CUSHMAN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE ONE HUNDRED AND THIRTY-ONE BOERUM STREET COMPANY, a Corporation, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, reversed, and information dismissed, with direction that the fine paid be remitted and repaid. The fire commissioner was without authority to make this order, because it does not appear to have been authorized by any law, ordinance or rule, or by the rules and regulations of the board of standards and appeals, or by any rules promulgated by the superintendent of buildings, under sections 375 and 376 of the Building Code. (Matter of Browning v. Adamson, 175 App. Div. 526; affd., 220 N. Y. 585.) Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. S. SIMRING & SONS, INC., Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES TORTORA, Alias CHARLES TOTORA, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.